FILE COPY



CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
CATHY S. LUSK

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

# TWELFTH COURT OF APPEALS

Tuesday, April 21, 2015

Ms. Helen C. Wooten
Court Reporter
P.O. Box 990
Fairfield, TX 75840
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 12-14-00240-CR
Trial Court Case Number: 31159

**Style:** Mark Eric Emanuel
v.
The State of Texas

Pursuant to Tex. R. App. P. 35.2, the reporter's record in the above-referenced case was originally due to have been filed with this Court on or before November 14, 2014, and by way of extensions of time, the court has extended the due date to April 20, 2015. Because the record has not been filed by the extended due date, this day, and the court has this day entered the following order setting the **FINAL** deadline for filing the reporter's record:

"Under Tex. R. App. P. 37.3(a)(2), it is hereby **ORDERED** that Ms. Helen C. Wooten file the reporter's record in cause number 12-14-00240-CR on or before **Tuesday, April 28, 2015**. It is **FURTHER ORDERED** that failure to file the reporter's record by the final deadline ordered herein will result in the case being presented to the court for further action, which may include the initiation of contempt proceedings against you."

FILE COPY

If you have any questions, please contact the clerk's office.

Very truly yours,

CATHY S. LUSK, CLERK

By:_____
    Ashley Yount, Deputy Clerk


CC:     Deborah Oakes Evans (DELIVERED VIA E-MAIL)
        Mr. Stephen Evans (DELIVERED VIA E-MAIL)
        Mr. Scott C. Holden (DELIVERED VIA E-MAIL)